IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| KBR, § | |
| § | |
| Plaintiff, § | |
| § | |
| VS. § | CIVIL ACTION NO. H-11-0196 |
| § | |
| JOHN CHEVEDDEN, § | |
| § | |
| Defendant. § | |

## ORDER

The plaintiff, KBR, has asked this court to set a motion and briefing schedule. The defendant, John Chevedden, has asked for an opportunity to present his views, which this schedule will permit. The following schedule will apply:

Plaintiff KBR's brief on both venue and the merits due by:   February 25, 2011

Defendant Chevedden's response due by:   March 14, 2011

Plaintiff KBR's reply due by:   March 21, 2011

SIGNED on February 16, 2011, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge