# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| KBR, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-11-0196 |
| | § | |
| JOHN CHEVEDDEN, | § | |
| | § | |
| Defendant. | § | |

## ORDER

The defendant has pointed out that the schedule does not include a response by KBR to the motion to dismiss. The response is due by February 25, 2011. The court will rule on the motion to dismiss before addressing the merits.

SIGNED on February 16, 2011, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge